# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Colton Francis Leekley-Winslow,

        Plaintiff,

v.

Kathryn Medlicott,

        Defendant.

Case No. 20-cv-653 (SRN/KMM)

**ORDER**

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Kate Menendez, dated May 4, 2020.  No objections have been filed to that Report and Recommendation in the time period permitted.  Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED THAT**:

1. Within Plaintiff Colton Francis Leekley-Winslow's Complaint [Doc. No.. 1], his claim based on 18 U.S.C. § 1512 is **DISMISSED** with prejudice.

2. The Complaint's remaining claims are **DISMISSED** without prejudice.

3. Mr. Leekley-Winslow's Application to Proceed in District Court Without Prepaying Fees or Costs, [Doc. No. 2], is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  May 29, 2020

                                              s/Susan Richard Nelson
                                              SUSAN RICHARD NELSON
                                              United States District Judge